UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-15-F
5:11-CV-467-F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUETTE TERRELL JONES<br>Defendant | SEALED ORDER<br><br>DEFENDANT'S<br>MOTION TO FILE<br>DOCUMENT UNDER<br>SEAL |

THIS matter coming to be heard upon Motion of Defendant Jones, and this Court finding good cause for granting the relief requested;

[DE-53]   [DE-54]
THEREFORE it is Ordered that the Defendant's Response and Motion filed this date and is hereby **ALLOWED** to be filed under seal until such time as ordered unsealed by this Court. The Clerk is authorized to serve a copy of these documents upon counsel for the Government and Defendant Jones.

SO ORDERED.

This  9th  day of January, 2012.

_____
Honorable James C. Fox
Senior United States District Judge